515 A.2d 1378

**FORD MOTOR COMPANY**

v.

**Dominic A. MEFFE, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 9, 1986.

Petition for Allowance of Appeal GRANTED, No. 72 W.D. Appeal Docket 1986.